

 

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

   **v.**                                                                         Case No. 07-cr-106-PB

**Hailbaran Resaul**


**O R D E R**

    The defendant, through counsel, has moved to continue the September 5, 2007 trial in the above case, citing the need additional time to complete discovery and prepare for trial. Counsel further requests that the deadline to file pretrial motions be extended to September 27, 2007.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 5, 2007 to November 6, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 28, 2007 final pretrial conference is continued to October 29, 2007 at 4:15 p.m.

The request for additional time to file pretrial motions is granted.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 28, 2007

cc: Camille Russell, Esq
    Sandra Bloomenthal, Esq.
    Alfred Rubega, Esq.
    United States Probation
    United States Marshal