**UNITED STATES DISTRICT COURT**
                   **FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                             Case No. 07-cr-106-PB

**Haibaran Resaul**


**O R D E R**

    The defendant, through counsel, has moved to continue the November 6, 2007 trial in the above case, citing the need for additional time to negotiate a plea agreement.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 6, 2007 to February 5, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

    The October 29, 2007 final pretrial conference is continued to January 22, 2007 at 3:30 p.m.

```
     SO ORDERED.


                                      /s/Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge

October 29, 2007

cc:  Camille Russell, Esq.
     Sandra Bloomenthal, Esq.
     Albert Rubega, AUSA
     United States Probation
     United States Marshal
```