**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                                    Case No. 07-cr-106-PB

<u>**Haibaran Resaul**</u>

<u>**O R D E R**</u>

The defendant, through counsel, has moved to continue the May 6, 2008 trial in the above case, citing a scheduling conflict and the need for additional time to prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 6, 2008 to June 3, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 28, 2008

cc:  Camille Russell, Esq.
     Sandra Bloomenthal, Esq.

Alfred Rubega, AUSA
United States Probation
United States Marshal